# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois (Chicago)

In re:  Joann Jagla                                      Case No._11-30298

Debtor                                                   Chapter 13

---

### RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Bankruptcy Rule 3002.1(d) and Rule 3002.1(e), CitiMortgage, Inc ("Creditor") has received the Trustee's Notice of Final Cure and has determined:

☒   Creditor agrees with the Trustee's analysis.

☐   Creditor does not agree with the Trustee's analysis of the account for the following reason(s):

☒   Creditor has received its pre-petition claim. As of June 25, 2012 there is $ 0.00 outstanding with respect to Creditor's claim. The following is an itemization of this amount:

☒         Creditor has not received the following post-petition payments and/or fees:

04/01/12 – 06/01/12 @ $3089.83 each for a total of $9269.49

The next payment of $_3089.83_____ is due on 04/01/2012

Date:  __25 June 2012_____

                                                    CitiMortgage, Inc.
                                                    By: /s/ _Dory Brink_____
                                                    Title: _Bankruptcy Specialist
                                                    Address: PO BOX 6030
                                                    Sioux Falls, SD 57117
                                                    Phone Number:_866-613-5636 _



US Bankruptcy Court
**Northern District of Illinois (Chicago)**

Debtor: JOANN JAGLA
LOENARD JAGLA

Case No. 11-30298

**CERTIFICATE OF SERVICE**

I hereby certify that on 06/25/12, I served a copy of this Notice and all attachments to the following by U.S. Mail, postage prepaid:

Debtor: JOANN JAGLA,

LOENARD JAGLA

2073 ADAMS ST ROLLING MEADOWS, IL 60008-2019

Debtor's Attorney: Debra Levine 53 W JACKSON BLVD STE 1001 CHICAGO, IL

60604-3646

Trustee: TOM VAUGHN 55 E. Monroe Street, Suite 3850 CHICAGO, IL 60603-

/s/ Dory Brink