**Fill in this information to identify the case:**

Debtor 1    Joann Jagla

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the:    NORTHERN    District of    Illinois
                                                                                                 (State)

Case number    11-30298

---

Form 4100R

## Response to Notice of Final Cure Payment      10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:**    BENEFICIAL FINANCIAL I INC successor by merger to BENEFICIAL ILLINOIS INC.

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account:   9   3   1   3

**Property address:**    2073 Adams St
                         Number    Street

                         Rolling Meadows       IL       60008
                         City                      State       ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

     The next postpetition payment from the debtor(s) is due on:    ___/___/_____
                                                                    MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

     Creditor asserts that the total amount remaining unpaid as of 9/26/2016:

     a. Total postpetition ongoing payments due:                                  (a)   $ 32,256.00

     b. Total fees, charges, expenses, escrow, and costs outstanding:           + (b)   $ 0.00

     c. **Total**. Add lines a and b.                                                                       (c)   $ 32,256.00

     Creditor asserts that the debtor(s) are contractually
     obligated for the postpetition payment(s) that first became      03 / 28 / 2013
     due on:                                                                             MM / DD / YYYY

Debtor 1  Joann Jagla
          First Name    Middle Name    Last Name

Case number (*if known*) 11-30298

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

The following amounts will be due at the earlier of repayment in full, acceleration or maturity of the loan:
Deferred daily simple interest: $3,083.37

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Jill Sidorowicz
  Signature

Date  09 / 27 / 2016

Print   Jill Sidorowicz
        First Name   Middle Name   Last Name

Title   Attorney

Company   Weiss McClelland LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   105 West Adams Street, Suite 1850
          Number          Street

          Chicago                              IL        60603
          City                                 State     ZIP Code

Contact phone  ( 312 ) 605 – 3500

Email _____